# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| LACEY POVRZENICH | : | No. 191 WAL 2021 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JENNIFER K. RIPEPI, M.D.; JENNIFER K. | : | |
| RIPEPI PEDIATRICS, LLC; FRANK G. | : | |
| DIETTINGER, M.D.; IMAGING | : | |
| ASSOCIATES OF GREATER | : | |
| PITTSBURGH, LLC; AND MONONGAHELA | : | |
| VALLEY HOSPITAL  LACEY | : | |
| POVRZENICH, A MINOR, BY AND | : | |
| THROUGH HER PARENTS AND NATURAL | : | |
| GUARDIANS, JANNA PALLOTTA AND | : | |
| EDWARD POVRZENICH | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAWN R. MCCRACKEN, M.D.; DAWN | : | |
| MCCRACKEN, M.D., P.C.; | : | |
| MONONGAHELA VALLEY HOSPITAL; | : | |
| AND MON VALLEY COMMUNITY HEALTH | : | |
| SERVICES, INC. | : | |
| | : | |
| | : | |
| PETITION OF: MON VALLEY COMMUNITY | : | |
| HEALTH SERVICES, INC. | : | |
| | | |
| LACEY POVRZENICH, A MINOR BY AND | : | No. 192 WAL 2021 |
| THROUGH HER PARENTS AND NATURAL | : | |
| GUARDIANS, JANNA PALLOTTA AND | : | |
| EDWARD POVRZENICH | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAWN R. MCCRACKEN, M.D., DAWN | : | |
| MCCRACKEN, M.D., PC.; MONONGAHELA | : | |

VALLEY HOSPITAL; AND MON VALLEY            :
COMMUNITY HEALTH SERVICES, INC.            :
                                           :
                                           :
PETITION OF: MON VALLEY COMMUNITY          :
HEALTH SERVICES, INC.                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.